Appellant did not testify and offered no witness other than his mother whose testimony had no bearing upon the burglary.

The evidence sustains the conviction and we find no error.

The judgment is affirmed.

the punishment, ten days in jail and a fine of $250.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.

**Lee Andrew CAMPBELL, Appellant,**

v.

**STATE of Texas, Appellee.**

**No. 28305.**

Court of Criminal Appeals of Texas.

May 2, 1956.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for the offense of driving while intoxicated, subsequent offense;

**Miles McNEAL, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 28314.**

Court of Criminal Appeals of Texas.

May 9, 1956.

No appearance for appellant.

J. M. Kolander, County Atty., Robert L. Templeton, Asst. County Atty., Amarillo, Leon B. Douglas, State's Atty., Austin, for the State.